# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,  :

    Plaintiff,                      Case No. 3:15MJ00295

    -vs-                      :      Chief Magistrate Judge Sharon L. Ovington

JEFFREY C. KNAB,  :

    Defendant.  :

## BINDOVER ORDER

This matter was set for preliminary examination on September 10, 2015. Defendant appeared with counsel and waived his right to a preliminary examination. The Court found the waiver to be knowing and voluntary and therefore orders that Defendant be bound over to the grand jury to answer the charge.

September 15, 2015                                      s/ Sharon L. Ovington
                                                              Sharon L. Ovington
                                                   Chief United States Magistrate Judge